# LAST WILL AND TESTAMENT

FILED
AUG 2 2 2000
REGISTER OF WILLS
FOR ANNE ARUNDEL COUNTY, MD

I, JOHANNA MARIA MARGARETE FISHER, Social Security ●●●-78-8314, of 1818 Aberdeen Circle, Crofton, Maryland ●●●●●, being of full age and sound and disposing mind, memory and understanding, and being legally competent to make a will, not acting under duress, coercion, or undue influence of any person, do make, publish and declare this as my LAST WILL AND TESTAMENT, hereby revoking all prior wills and codicils made by me.

I declare that I am married to ROBERT KENNETH FISHER. I have one child, MICHAEL KWESI FISHER.

## PRIMARY BENEFICIARY

I give, devise and bequeath the rest, residue and remainder of all of my estate and property of which I may own or possess, or to which I may be entitled at the time of my death, wherever situated, or of whatever nature, be it real, personal or mixed, including lapsed legacies and any property over which I may have power of appointment, to my husband, ROBERT KENNETH FISHER, if he shall survive me.

## SECONDARY BENEFICIARIES

If my husband, ROBERT KENNETH FISHER, shall not survive me, or if we should perish in a common accident so that the order of our death cannot be determined, I give, devise and bequeath all of my estate and property to my child, MICHAEL KWESI FISHER.

## EXECUTOR PROVISION

I hereby appoint my husband, ROBERT KENNETH FISHER, as Executor of this my LAST WILL AND TESTAMENT and direct that he shall serve without bond or surety and without the intervention of any court except as required by law. I give the Executor the fullest power and authority in all matters and questions, including full power to sell, mortgage, lease, convey and dispose of all property, real, personal or mixed, and full power to perform all acts not specifically forbidden by law. In the event he is unwilling or unable to serve as Executor, I hereby appoint my child, MICHAEL KWESI FISHER of NEW YORK, as Executor in his stead to serve without bond or surety and with the same powers and authority.

## ADMINISTRATIVE PROVISIONS

I direct that the expenses of my funeral, including suitable grave site and marker, without the necessity of court approval, and the cost of administration of my estate, including, at the discretion of my Executor, proceedings in other jurisdictions, be paid out of my estate as soon after my death as may be practical.

EXHIBIT 1
Page 1 of 3

Except as otherwise provided in this my LAST WILL AND TESTAMENT, I have intentionally omitted to provide herein for any other relatives or any other person, whether claiming to be an heir of mine or not.

I do hereby revoke all former, any and every WILL heretofore made by me.

IN WITNESS WHEREOF, I have at Crofton, Maryland, this 7th day of April, 1993, set my hand and seal to this my LAST WILL AND TESTAMENT.

                                            *Johanna M. Fisher* (SEAL)
                                            JOHANNA M. M. FISHER

On this 7th day of April, 1993, JOHANNA MARIA MARGARETE FISHER, the above named Testator, signed, sealed, published the foregoing instrument to be her LAST WILL AND TESTAMENT, in our presence, and at the same time, we are at her request and in her presence of each other, have hereunto subscribed our names as attesting witnesses, and we do verily believe that the said Testator is of sound and disposing mind and memory, and is legally competent to make a will at the date hereof.

| Signature | Print Name |
|---|---|
| *Lynnessa Best* | Lynnessa M. Best |
| SSN 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 | Address 1808 Aberdeen Cir., Crofton, MD 21114 |
| *J Klocu FH* | John J. Klocu FH |
| SSN 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 | Address 1769 Aberdeen Circle, Crofton, MD 21114 |
| Signature | Print Name |
| SSN | Address |

**EXHIBIT 1**
**Page 2 of 3**



# State of Maryland, Anne Arundel County

## OFFICE OF THE REGISTER OF WILLS

**Estate/Case Number: <u>46479</u>**

I, Lauren M. Parker, Register of Wills for Anne Arundel County, Maryland, do hereby certify that the foregoing is a true copy of the <u>**WILL**</u> recorded in the estate/case of <u>**JOHANNA M. FISHER**</u> deceased.

*In testimony whereof, I have hereunto subscribed my name and affixed the seal of the Register of Wills for Anne Arundel County, this date:* <u>*February 2nd, 2011.*</u>

*Lauren M. Parker*
*Register of Wills for Anne Arundel County*

SingleSeal.dot
11/2010

**EXHIBIT 1**
**Page 3 of 3**