FILED

JAN 19 2010

REGISTER OF WILLS
FOR ANNE ARUNDEL COUNTY, MD

## LAST WILL AND TESTAMENT

I, ROBERT KENNETH FISHER, Social Security Number 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, of 1818 Aberdeen Circle, Crofton, Maryland 21114, being of full age and sound and disposing mind, memory and understanding, and being legally competent to make a will, not acting under duress, coercion, or undue influence of any person, do make, publish and declare this as my LAST WILL AND TESTAMENT, hereby revoking all prior wills and codicils made by me.

I declare that I am married to JOHANNA MARIA MARGARETE FISHER. I have one child, MICHAEL KWESI FISHER.

### PRIMARY BENEFICIARY

I give, devise and bequeath the rest, residue and remainder of all of my estate and property of which I may own or possess, or to which I may be entitled at the time of my death, wherever situated, or of whatever nature, be it real, personal or mixed, including lapsed legacies and any property over which I may have power of appointment, to my wife, JOHANNA MARIA MARGARETE FISHER, if she shall survive me.

### SECONDARY BENEFICIARIES

If my wife, JOHANNA MARIA MARGARETE FISHER, shall not survive me, or if we should perish in a common accident so that the order of our death cannot be determined, I give, devise and bequeath all of my estate and property to my child, MICHAEL KWESI FISHER.

### EXECUTOR PROVISION

I hereby appoint my wife, JOHANNA MARIA MARGARETE FISHER, as Executrix of this my LAST WILL AND TESTAMENT and direct that she shall serve without bond or surety and without the intervention of any court except as required by law. I give the Executor the fullest power and authority in all matters and questions, including full power to sell, mortgage, lease, convey and dispose of all property, real, personal or mixed, and full power to perform all acts not specifically forbidden by law. In the event she is unwilling or unable to serve as Executor, I hereby appoint my child, MICHAEL KWESI FISHER of NEW YORK, as Executor in his stead to serve without bond or surety and with the same powers and authority.

### ADMINISTRATIVE PROVISIONS

I direct that the expenses of my funeral, including suitable grave site and marker, without the necessity of court approval, and the cost of administration of my estate, including, at the discretion of my Executor, proceedings in other jurisdictions, be paid out of my estate as soon after my death as may be practical.

Except as otherwise provided in this my LAST WILL AND

EXHIBIT 2
Page 1 of 3

TESTAMENT, I have intentionally omitted to provide herein for any other relatives or any other person, whether claiming to be an heir of mine or not.

I do hereby revoke all former, any and every WILL heretofore made by me.

IN WITNESS WHEREOF, I have at Crofton, Maryland, this 7th day of April, 19 93, set my hand and seal to this my LAST WILL AND TESTAMENT.

_Robert K. Fisher_ (SEAL)
ROBERT K. FISHER

On this 7 day of April, 19 93, ROBERT KENNETH FISHER, the above named Testator, signed, sealed, published the foregoing instrument to be her LAST WILL AND TESTAMENT, in our presence, and at the same time, we are at his request and in her presence of each other, have hereunto subscribed our names as attesting witnesses, and we do verily believe that the said Testator is of sound and disposing mind and memory, and is legally competent to make a will at the date hereof.

| Signature | Print Name |
|---|---|
| _Lynnessa Best_ | Lynnessa M. Best |
| SSN 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 | Address 1808 Aberdeen Circle, Crofton, MD 21114 |
| _signature_ | John J. Keogh III |
| SSN 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 | Address 1765 Aberdeen Circle, Crofton, MD 21114 |
| Signature | Print Name |
| SSN | Address |

EXHIBIT 2
Page 2 of 3

# STATE OF MARYLAND

## Anne Arundel County

I, LAUREN M. PARKER, *Register of Wills, and by law Keeper of the Seal and of the Records, and of the Original Papers of the Orphans' Court of Anne Arundel County, do hereby certify that the aforegoing is a true and full copy of the*

*LAST WILL AND TESTAMENT*

*OF*

*ROBERT K. FISHER*

*ESTATE #73922*

*late of said County* deceased *taken from the original which is filed, recorded and*

*kept in the office of Register of Wills for Anne Arundel County*

*IN TESTIMONY WHEREOF, I hereunto subscribe my name and affix the seal of said Court*

    10TH    *day of*    JUNE

*in the year our Lord,*    TWO THOUSAND TEN

*Lauren M. Parker*

*Register of Wills for Anne Arundel County*

**EXHIBIT 2**
**Page 3 of 3**