# *FILED SEPARATELY SHEET*

Civil Docket No. WDQ-11-CV-1038

Criminal Docket No. [Criminal No.]

## ***FILED SEPARATELY***

- ☐ Answer
- ☐ Answer and attachment(s)
- ☐ Attachment(s)
- ☒ Exhibit(s) Notice of Filing of Exhibit 4 (Filed Under Seal)
- ☐ Motion: [Name of Motion]
- ☐ Sealed
- ☐ Transcript of Proceedings before the Court on [Transcript Date]
- ☐ Transcript of Proceedings before SSA
- ☐ Deposition of [Name Deposed Person] taken on [Date of Deposition]
- ☐ Other [Other Document]

## ***MARGINAL ORDER***

For Pleading No.____________

See Pleading No. ____________

**NO. 1**